IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. CR609-7 |
|---|---|---|
| v. | ) | |
| CLINTON FROST | ) | |

## ORDER FOR PSYCHIATRIC EXAMINATION

Defendant Clinton Frost is presently charged by Indictment in Case Number CR 609-7 with crimes alleged to have been committed between on or about November 18, 2008 and December 17, 2008. The defendant has moved this Court for psychiatric or psychological examination of the defendant on the grounds that there may be reasonable cause to suspect the mental competency of the defendant and his ability to understand the proceedings against him or to properly assist in the defense of the charges pending in the above-described Indictment. This motion was brought pursuant to Title 18, United States Code, Sections 4241 and 4242.

There appearing reasonable cause to believe that there is a substantial question as to the mental competency of the defendant,

IT IS HEREBY ORDERED that the defendant be placed in a local facility, such as Georgia Regional Hospital or other appropriate facility within the Southern District of Georgia, to be designated by the United States Marshal for an examination to determine the mental condition of the defendant, pursuant to Title 18, United States Code, Sections 4241 and 4242. The defendant, Clinton Frost, is also directed to cooperate and comply with all scheduled appointments as deemed necessary by the psychiatrist and/or psychologist in order to complete the mental evaluation.

IT IS FURTHER ORDERED that the designated facility's examiners shall make a written report of their findings as soon as practicable to Honorable B. Avant Edenfield, United States District Judge, United States District Court, Southern District of Georgia, Post Office Box 9563, Savannah, Georgia 31412; to Assistant United States Attorney Cameron Heaps Ippolito, Office of the United States Attorney, Post Office Box 8970, Savannah, Georgia 31412; and to defense counsel, Amit Michael Navare, 216 West Broughton Street, Suite 202, Savannah, GA 31401.

The examiners shall prepare a report which shall include:

1) the person's history and present symptoms;

2) a description of the psychiatric, psychological and medical tests that were employed and their results;

3) the examiners' findings; and

4) the examiners' opinions as to diagnosis, prognosis, and

    (A) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable the understand the nature and consequences of the proceedings against him or to assist properly in his defense;

    (B) whether the person was insane at the time of the offenses charged; that is, as a result of a severe mental disease or defect, was the person unable to appreciate the nature and quality or wrongfulness of his acts; and

(C) whether the person is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

This 7 day of December 2009.

HONORABLE B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA